# United States Court of Appeals
# for the Fifth Circuit

————————

No. 24-40180
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**
November 13, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Hector Maldonado, Jr.,

*Defendant—Appellant*.

————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:23-CR-1096-1

————————————————

Before Haynes, Higginson, and Douglas, *Circuit Judges*.

Per Curiam:[*]

The Federal Public Defender appointed to represent Hector Maldonado, Jr. has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Maldonado has not filed a response. We have reviewed counsel's brief and the relevant portions of the record

————————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-40180

reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.